# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| APEX BRANDS, INC.; APEX TOOL GROUP, LLC<br><br>Plaintiffs,<br><br>v.<br><br>JINHUA HAODE TECHNOLOGY CO., LTD.<br><br>Defendant. | Civil Action No. 0:22-cv-01730 (JWB-JFD) |

## ORDER GRANTING THE PARTIES' STIPULATION TO EXTEND PRETRIAL CONFERENCE DEADLINES

This matter is before the Court on Apex Brands, Inc. and Apex Tool Group, LLC's ("Plaintiffs") and Jinhua Haode Technology Co. Ltd.'s ("Defendant") Stipulation to Extend Pretrial Conference Deadlines. Upon consideration of the Parties' request, good cause exists to extend the deadlines in this matter.

**IT IS HEREBY ORDERED** that the Parties' Stipulation is GRANTED. The parties must prepare and file a joint Rule 26(f) report by **April 10, 2023**. The pretrial conference is scheduled for **April 18, 2023** at 9:30 a.m. via Zoom (audio-only) conference.

Dated: March 28, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge